## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TYREXAS
## EL PASO DIVISION

ROBERT HOSSFELD            )
MARIE HOSSFLED             )
                             )
     **Plaintiffs,**          )
                             )
**v.**                             )    **CAUSE NO. EP-14-CV-00064-PRM**
                             )
**AMERICAN HOME MORTGAGE**   )
**SERVICING, INC.**           )
                             )
     **Defendant.**         )

## NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF THIS COURT:

       COMES NOW, Robert Hossfeld and Marie Hossfeld, Plaintiffs herein and file this "Notice of Dismissal" pursuant to the Federal Rules of Civil Procedure.

                            Respectfully Submitted,

                            BY: _____
                               Richard A. Roman, Esq.
                               505 East Rio Grande
                               El Paso, Texas 79902
                               915/ 351-2679
                               Fax 351-6754
                               State Bar #00789595
                               rromanattorney@tyahoo.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the enclosed motion was sent via electronic means to Robert Mowrey Esq., on this 24 day of February, 2013.

                 _____
                     Richard A. Roman, Esq.